UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KRISTIN MYERS, | ) |
| Petitioner, | ) ) ) |
| v. | ) No.: 3:22-CV-29-KAC-DCP |
| GLORIA FISHER, | ) ) ) |
| Respondent. | ) ) |

## JUDGMENT

For the reasons set forth in the Court's Memorandum Opinion and Order, the Court **DISMISSES** this action **WITH PREJUDICE**. Because the Court **CERTIFIED** in the Memorandum Opinion and Order that any appeal would not be taken in good faith, should Plaintiff file a notice of appeal, she is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Court **DIRECTS** the Clerk to close the case.

**SO ORDERED**.

**ENTER:**

s/ Katherine A. Crytzer
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT

*s/ LeAnna R. Wilson*
CLERK OF COURT